[No. 10947. *En Banc.* January 3, 1913.]

THE STATE OF WASHINGTON, *on the Relation of Hans Bugge, Plaintiff,* v. M. E. HAY, *as Governor etc., Respondent.*[1]

Application filed in the supreme court December 20, 1912, for a writ of mandate to secure a certificate of election. Denied.

*J. A. Sorley,* for relator.

*The Attorney General* and *J. T. S. Lyle, Assistant,* for respondent.

PER CURIAM.—For the reasons stated in *State ex rel. Sampson v. Superior Court, ante* p. 484, 128 Pac. 1054, the application for a writ of mandate is denied in this case.

ELLIS and MAIN, JJ., took no part.

---

[No. 10948. *En Banc.* January 3, 1913.]

THE STATE OF WASHINGTON, *on the Relation of W. P. Brown, Plaintiff,* v. M. E. HAY, *as Governor etc., Respondent.*[2]

Application filed in the supreme court December 20, 1912, for a writ of mandate to secure a certificate of election. Denied.

*J. A. Sorley,* for relator.

*The Attorney General* and *J. T. S. Lyle, Assistant,* for respondent.

PER CURIAM—For the reasons stated in *State ex rel. Sampson v. Superior Court, ante* p. 484, 128 Pac. 1054, the application for a writ of mandate is denied in this case.

ELLIS and MAIN, JJ., took no part.

[1]Reported in 128 Pac. 1058.

[2]Reported in 128 Pac. 1058.